UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 20-7635 MWF (RAOx)**                               Date:  October 02, 2020

Title    **Rene Urena, et al. v. FCA US LLC, et al.**

Present: The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

   A review of the docket in this action reflects that the Notice of Removal was filed on August 21, 2020.  (Docket No. 1).  Counsel for removing Defendant FCA US LLC ("FCA") indicates that FCA was served with the state court complaint on July 22, 2020.  Pursuant to Federal Rules of Civil Procedure, Rule 81(c)(2)(C), Defendant FCA's response to the Complaint was due August 28, 2020.

   The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **OCTOBER 16, 2020**.

- ■ BY DEFENDANT:  RESPONSE TO THE COMPLAINT ("Response") by Defendant FCA.
      OR
- ■ BY PLAINTIFF:  APPLICATION FOR CLERK TO ENTER DEFAULT as to Defendant FCA.

   No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **OCTOBER 16, 2020** will result in the dismissal of this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 20-7635 MWF (RAOx)**                                Date:  October 02, 2020

Title      **Rene Urena, et al. v. FCA US LLC, et al.**

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm