JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RENE URENA and MARIBEL URENA, | Case No.: **2:20-cv-07635-MWF-RAO** |
| Plaintiffs, | [*Assigned to District Judge Michael W. Fitzgerald*] |
| vs. | |
| FCA US LLC., a Delaware Limited Liability Company; and DOES 1 to 50, Inclusive, | **ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

1

ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**ORDER**

The parties' Stipulation for Dismissal is approved and GRANTED. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

DATED: July 30, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge